UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROSIE NANCE, on behalf of herself and
others similarly situated

        Plaintiff,

v.

SALLY BEAUTY SUPPLY LLC, a
Foreign Profit Corporation,

        Defendant

Case No: 2:18-cv-00474-SPC-CM

## ORDER[1]

Before the Court is the parties' Joint Motion to Compel Arbitration and to Stay. (Doc. 11). The matter is ripe for review. The parties agree that Plaintiff Rosie Nance's claims against Defendant Sally Beauty Supply LLC are subject to a valid arbitration agreement and that this case should be referred to arbitration. After review of the record and applicable law, the Court will compel arbitration and stay this case.

Accordingly, it is now

**ORDERED:**

Plaintiff Rosie Nance's Motion to Compel Arbitration and to Stay (Doc. 11) is **GRANTED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

1. All proceedings in this case are **STAYED** until the parties advise the Court that arbitration has been completed and that the stay is due to be lifted or the case is due to be dismissed. The parties must notify the Court of such matters within **seven (7) days** of the arbitration proceedings concluding.

2. The parties are **DIRECTED** to file a joint written status report regarding the status of the arbitration on or before **January 21, 2019**, and every ninety (90) days until the conclusion of the arbitration proceedings.

3. The Clerk of Court is **DIRECTED** to add a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of October 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record