UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROSIE NANCE, on behalf of herself and
others similarly situated

       Plaintiff,

v.                                                     Case No.: 2:18-cv-474-FtM-38NPM

SALLY BEAUTY SUPPLY LLC,

       Defendant.
_____/

### **ORDER**[1]

Before the Court is United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation. (Doc. 22). Judge Mizell recommends granting the Joint Motion to Approve Settlement (Doc. 21) and approving the Settlement Agreement and Release of Fair Labor Standards Act Claims (Doc. 21-1) as a "fair and reasonable resolution of a bona fide dispute." Neither party filed a timely objection. So the matter is ripe for review.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently, and upon considering Judge Mizell's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 22) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

   a. The Joint Motion to Approve Settlement (Doc. 21) is **GRANTED**.

   b. The Settlement Agreement and Release of Fair Labor Standards Act Claims (Doc. 21-1) is **APPROVED** as a "fair and reasonable resolution of a bona fide dispute" of the parties' Fair Labor Standards Act issues.

(2) This case is **DISMISSED with prejudice**.

(3) The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of October, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record